UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Tom Lewis,

  Plaintiff,

v.

Alan Greason, *et al.*,

  Defendants.

Case No. 21-11939

Honorable Nancy G. Edmunds

Magistrate Judge Kimberly G. Altman

_____/

## ORDER

  This matter is before the Court on Plaintiff Tom Lewis's "Request for Clarification." (ECF No. 92.) Plaintiff asks if this Court struck the Magistrate Judge's September 19, 2022 Order Conditionally Granting Plaintiff's Motion for Appointment of Counsel. (ECF No. 87.) The order has not been struck. Pursuant to the Magistrate Judge's order, the Court is currently attempting to secure *pro bono* counsel for Plaintiff. Also pursuant to the Magistrate Judge's order, this case has been stayed for 60 days and Plaintiff has been prohibited from filing any papers, including motions.

  Despite the stated prohibition on filing, Plaintiff continues to file papers and motions with the Court. Accordingly, the Court struck "Plaintiff's Notice of Opposition to Attorney Ho" filed September 22, 2022, and Plaintiff's notice of opposition entitled "Defendants are precluded from Raising Defenses not raised in Their Summary Judgment Motion . . ." filed on September 28, 2022. The Court now also **STRIKES** the present request from Plaintiff. (ECF No. 92.) Pursuant to the Magistrate Judge's September 19, 2022 Order,

any papers or motions filed with the Court during the 60-day stay[1] will continue to be struck.

**SO ORDERED**.

Dated: October 18, 2022

s/ Nancy G. Edmunds
Nancy G. Edmunds
United States District Court Judge

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 18, 2022, by electronic and/or ordinary mail.

s/ Lisa Bartlett
Case Manager

---

[1] Excluding any defense motions to withdraw specifically allowed by ECF 90.