UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TOM LEWIS,

    Plaintiff,

v.

ALAN GREASON, REGINA JENKINS-GRANT, CHRISTINA RAMSEY, JEFFREY LUZIUS, MELODY WALLACE, RICHARD RUSSELL, FNU CAMPBELL, UNKNOWN MAILROOM PERSONNEL, and UNKNOWN TRANSFER COORDINATOR,

    Defendants.

Case No. 2:21-cv-11939
District Judge Nancy G. Edmunds
Magistrate Judge Kimberly G. Altman

_____/

## ORDER LIFTING STAY OF PROCEEDINGS AND REQUIRING RESPONSES TO PENDING DISPOSITIVE MOTIONS

This is a prisoner civil rights case under 42 U.S.C. § 1983. Plaintiff Tom Lewis, proceeding *pro se*, filed a complaint against nineteen defendants located at three different correctional facilities. (ECF No. 1). Following entry of an order of partial dismissal, only Lewis' access-to-the-courts and retaliation claim against the above-named defendants remained. *See* ECF No. 7. Under 28 U.S.C. § 636(b)(1), all pretrial matters were referred to the undersigned. (ECF No. 21).

1

On September 1, 2022, Lewis filed a motion for the appointment of counsel, which was conditionally granted by the undersigned. (ECF Nos. 82, 87). Proceedings in this matter were stayed for a period of 90 days while the Court's *pro bono* program attempted to find counsel for Lewis. (ECF No. 87). On November 21, 2022, the Court was informed by the *Pro Se* Case Administrator that counsel was not obtained within the time allotted. Therefore, the undersigned **ORDERS** that the stay be **LIFTED**, and that Lewis shall continue proceeding *pro se*.

Further, there are two pending dispositive motions from defendants in this matter. *See* ECF No. 33, Motion for Summary Judgment by Jeffery Luzius; and ECF No. 74, Motion to Dismiss or in the alternative for Summary Judgment by FNU Campbell, Richard Russell, and Melody Wallace. Lewis is **ORDERED TO RESPOND** to these motions by **December 27, 2022. A failure to file responses may result in a recommendation to grant the motions.**

SO ORDERED.

Dated: November 21, 2022          s/Kimberly G. Altman  
Detroit, Michigan                         KIMBERLY G. ALTMAN  
                                           United States Magistrate Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 21, 2022.

3

s/Carolyn Ciesla
CAROLYN CIESLA
Case Manager