UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TOM LEWIS,

    Plaintiff,

v.

ALAN GREASON, REGINA JENKINS-GRANT, CHRISTINA RAMSEY, JEFFREY LUZIUS, MELODY WALLACE, RICHARD RUSSELL, FNU CAMPBELL, UNKNOWN MAILROOM PERSONNEL, and UNKNOWN TRANSFER COORDINATOR,

    Defendants.
_____/

Case No. 2:21-cv-11939

Hon. Nancy G. Edmunds
Magistrate Judge Kimberly G. Altman

## JUDGMENT

This is a prisoner civil rights case brought pursuant to 42 U.S.C. § 1983. Plaintiff Tom Lewis alleges five claims against nine prison officials in his Amended Complaint. On March 20, 2023, this Court accepted and adopted the Magistrate Judge's Report and Recommendation and dismissed all but two of Plaintiff's claims against three defendants. On this date, the Court accepted and adopted a second Report and Recommendation from the Magistrate Judge to dismiss all remaining claims. In accordance with those orders,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff's amended complaint is **DISMISSED WITHOUT PREJUDICE**, and this case is **CLOSED**.

**SO ORDERED.**

Dated: January 25, 2024

s/ Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 25, 2024, by electronic and/or ordinary mail.

                    s/ Lisa Bartlett
                    Case Manager